UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASHAYAH YASHARAHLA LA, et al.<br><br>Plaintiffs<br><br>v.<br><br>JENNIE PETTET, et al.,<br><br>Defendants. | No. 2:18-cv-2150-KJM-KJN PS<br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiffs Nashayah La and Amataza Al, proceeding without counsel, commenced this action and requested leave to proceed *in forma pauperis*. (ECF Nos. 1-3.) Plaintiffs, who claim to be members of the Moorish National Republic Federal Government, assert violation of their constitutional rights against various social workers, law enforcement officers, and a superior court judge who were purportedly involved in placing plaintiffs' minor child in protective custody, resulting in approximately 20 different hearings in state court. They seek *inter alia* injunctive relief to restrain Yolo County Child Protective Services and law enforcement from interfering with their child.

A careful review of the complaint reveals that it would be inappropriate for a federal court to interfere in such a family law matter. See Coats v. Woods, 819 F.2d 236, 237 (9th Cir. 1987) (no abuse of discretion in district court's abstention from hearing § 1983 claims arising from a

1

child custody dispute in state court). Family law disputes are domestic relations matters traditionally within the domain of the state courts, and it is appropriate for federal district courts to abstain from hearing such cases, which often involve continued judicial supervision by the state. <u>Coats</u>, 819 F.2d at 237. If plaintiff truly believes that the superior court judge's orders were erroneous, the proper recourse is appeal of those orders in the state appellate courts, who are competent to hear arguments based on the federal constitution—not the filing of a new action in federal court.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. The action be dismissed without prejudice.
2. Plaintiff's motions to proceed *in forma pauperis* in this court (ECF Nos. 2, 3) be denied without prejudice as moot.
3. The Clerk of Court be directed to close this case.

In light of those recommendations, IT IS ALSO ORDERED that all pleading, discovery, and motion practice in this action are STAYED pending resolution of the findings and recommendations. With the exception of objections to the findings and recommendations, and non-frivolous motions for emergency relief, the court will not entertain or respond to any motions or filings until the findings and recommendations are resolved.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served on all parties and filed with the court within fourteen (14) days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998); <u>Martinez v. Ylst</u>, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

////

////

IT IS SO ORDERED AND RECOMMENDED.

Dated: September 27, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE